IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JULIA E. BROWN            )
                          )
v.                        )    No. 3-13-0799
                          )
CAROLYN W. COLVIN, Acting )
Commissioner of Social Security )

O R D E R

The defendant's motion for a stay because of lapse of appropriations (Docket Entry No. 12) is DENIED as MOOT.

it is so ORDERED.

                                                  _____
                                                  JULIET GRIFFIN
                                                  United States Magistrate Judge