IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JULIA E. BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:13-cv-00799 |
| v. ) | |
| ) | Judge Nixon |
| CAROLYN W. COLVIN, ) | Magistrate Judge Griffin |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Magistrate Judge Griffin's Report and Recommendation ("Report"), recommending that the instant case be dismissed for failure to prosecute. (Doc. No. 28.) On August 12, 2013, Plaintiff Julia E. Brown filed a Complaint against Defendant Commissioner of Social Security contesting the Administrative Law Judge's decision to deny benefits. (Doc. No. 1.) Defendant filed an Answer to the Complaint (Doc. No. 2) and Magistrate Judge Griffin ordered Plaintiff to file a Motion for Judgment on the Administrative Record (Doc. Nos. 15, 20). On February 18, 2014, Defendant filed a Motion to Show Cause Why This Complaint Should Not Be Dismissed, Pursuant to Rule 41(b), Federal Rules of Civil Procedure. (Doc. No. 24.) Magistrate Judge Griffin granted the Motion and ordered Plaintiff to file a Motion for Judgment on the Administrative Record by April 30, 2014, or risk dismissal under Rule 41(b). (Doc. No. 25.) Magistrate Judge Griffin issued her Report on September 15, 2014, recommending dismissal of Plaintiff's complaint and providing a period of fourteen days in which either party could file an objection. (Doc. No. 28 at 3.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, pursuant to Federal Rules of Civil Procedure 41(b) and 16(f)(1)(C), this case is **DISMISSED with prejudice**. The Court hereby **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 7 day of October, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT